BROWNE, C. J., AND TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.

---

S. V. D. TAYLOR, *Appellant*, v. BETTS NAVAL STORES COMPANY, A CORPORATION, *Appellee*.

Decision Filed February 14, 1922.

Petition for Rehearing Denied June 26, 1922.

An Appeal from the Circuit Court for Calhoun County; C. L. Wilson, Judge.

*John H. Carter*, for Appellant;

*Paul Carter*, for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the orders aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there

is no error in the said orders; it is, therefore, considered, ordered and adjudged by the court that the said orders of the Circuit Court be, and the same are hereby, affirmed.

### On Rehearing.

A petition for rehearing herein having been considered and it appearing that the defendant below having participated as a marker in the establishment of the road in question and having leased lands that were accessible by means of the use of the road, he is estopped from asserting a right to obstruct the road, and the injunctional orders appealed from and affirmed were proper, therefore a rehearing is denied.

All concur.